**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 05-7362**

───────────────

JERRY L. CARY, SR.,

                                        Plaintiff - Appellant,

         versus

HONORABLE ALAN E. ROSENBLATT, Judge; HONORABLE
A. BONWILL SHOCKLEY, Judge; HONORABLE LEROY
ROUNTREE HASSELL, Chief Justice of the
Virginia Supreme Court; STEVEN WITMER,
Virginia Assistant Attorney General,

                                        Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Robert G. Doumar, Senior
District Judge.  (CA-05-456-2)

───────────────

Submitted:  February 22, 2006           Decided:  May 18, 2006

───────────────

Before LUTTIG[*] and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Jerry L. Cary, Sr., Appellant Pro Se.

───────────────

   [*]Judge Luttig was a member of the original panel but did not
participate in this decision.  This opinion is filed by a quorum of
the panel pursuant to 28 U.S.C. § 46(d).

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry L. Cary, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cary v. Rosenblatt, No. CA-05-456-2 (E.D. Va. Aug. 23, 2005). We deny Cary's motions for appointment of counsel, to amend the caption, and to amend his claim. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED